**CERTIFICATE OF SERVICE**

----------------------------------------X

Home Building Corporation,

Plaintiff-Appellant,

-against-

Pitsa Kadianakis,

Defendant-Appellee.

----------------------------------------X

Civ. 25-cv-00606-NCM

(Appeal from E.D.N.Y..Bankr. Ct., Case No. 8-24-72229-REG)

I hereby certify that on March 3, 2025 a true and correct copy of the Opening Brief for Plaintiff-Appellant was served upon all parties to this appeal via the Court's CM/ECF system.

Dated: March 3, 2025
Melville, NY

/s/Ronald D. Weiss
LAW OFFICE OF
RONALD D. WEISS, P.C.
Attorneys for Plaintiff-Appellant
445 Broadhollow Road, Suite CL-10
Melville, New York 11747
(631) 271-3737
weiss@li-bankruptcy.com